**Order entered November 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00670-CR**

**FERNANDO ANGELES DURAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F20-59926-J**

**ORDER**

Before the Court is the November 28, 2022 request of court reporter Kimberly Xavier for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 28, 2022**.

On November 14, 2022, the district clerk filed a sealed volume of the clerk's record in this case. Rule 9.10(g) requires that the trial court's sealing order must be the first document that appears in a sealed volume of the clerk's record filed in electronic form. *See* TEX. R. APP. P. 9.10(g). In the sealed volume the district clerk

filed, a trial court sealing order, signed March 3, 2022, appears toward the end of the sealed record, labeled in the table of contents as "Order–Miscellaneous 2-28-22."

Because the sealed volume of the clerk's record is not properly sealed, we **STRIKE** the November 14, 2022 sealed clerk's record. We **ORDER** Dallas County District Clerk Felicia Pitre to file, within **FOURTEEN DAYS** of the date of this order, a sealed volume of the clerk's record that begins with the trial court's sealing order as required by rule of appellate procedure 9.10(g).

We **DIRECT** the Clerk of the Court to send copies of this order to Kimberly Xavier, official court reporter, Criminal District Court No. 3; to Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.


/s/     DENNISE GARCIA
        JUSTICE